Peter R. Afrasiabi, Esq. (Bar No. 193336)
  pafrasiabi@onellp.com
Christopher W. Arledge, Esq. (Bar No. 200707)
  carledge@onellp.com
Imran F. Vakil (Bar No. 248859)
  ivakil@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

*Attorneys for Plaintiff,*
*Mavrix Photo, Inc. and*
*Mavrix Photographs LLC*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTO, INC., a Florida corporation, and MAVRIX PHOTOGRAPHS LLC, a California limited liability company,<br><br>Plaintiff,<br>v.<br><br>HOT IN HERE, a New Jersey Corporation d/b/a VLADTV.COM; VLADAMIRLYUBOVNY, an individual; and DOES 1-10 INCLUSIVE,<br><br>Defendants. | CASE NO. 8:13-CV-00837-JVS (PLA)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO FILE RULE 26(f) REPORT**<br><br>Request to Waive Service of Summons and Complaint served:  May 16, 2013<br>Current response date:  August 26, 2013<br>New response date:  September 3, 2013 |

*STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT*

WHEREAS, on June 26, 2013, Plaintiffs served a request for Defendants to waive service of the Summons and Complaint pursuant to Fed. R. Civ. P. 4, and Defendants, through undersigned counsel, so agreed to waive service;

WHEREAS the deadline for Defendants to respond to the Complaint is currently August 26, 2013; the deadline for the parties to file the Rule 26(f) Report is also August 26, 2013; and a status conference with the Court is currently scheduled for September 9, 2013;

WHEREAS, Plaintiffs and Defendants are in active discussions that may result in a settlement of this action without need for further litigation;

WHEREAS, Defendants are in the process of obtaining local counsel in the event the parties discussions do not result in a resolution of this action;

WHEREAS, Plaintiff has met and conferred with Defense counsel with respect to proposed case management dates;

WHEREAS, because defendant has not secured local counsel, plaintiff cannot file a joint report pursuant to FRCP 26(f); and

WHERAS, as a precautionary measure, Plaintiff files it's half of the 26(f) report concurrently herewith for technical compliance with the rules, but in so doing, Plaintiff does not seek to detract from the stipulation contained herein.

**PLAINTIFFS AND DEFENDANTS HEREBY STIPULATE AS FOLLOWS:**

The deadlines for Defendants to respond to Plaintiff's Complaint, and for the parties to file the Rule 26(f) Report, are hereby extended for a period of seven (7) days, from August 26, 2013 to September 3, 2013, and the September 9, 2013 status conference with the Court shall be adjourned to September 16, 2013, or the next available date that is convenient for the Court.

**IT IS SO STIPULATED.**

*STIPULATION TO EXTEND TIME*

| | | |
|---|---|---|
| 1 | Dated: August 26, 2013 | **ONE LLP** |
| 2 | | |
| 3 | | By: */s/ Imran F. Vakil* |
| 4 | | Imran F. Vakil |
| | | *Attorneys for Plaintiffs,* |
| 5 | | |
| 6 | Dated: August 26, 2013 | **CAPLAN & ROSS LLP** |
| 7 | | |
| 8 | | By: */s/ Jonathan Ross* |
| 9 | | Jonathan Ross |
| | | *Attorneys for Defendants* |

*STIPULATION TO EXTEND TIME*