Peter R. Afrasiabi, Esq. (Bar No. 193336)
　　pafrasiabi@onellp.com
Christopher W. Arledge, Esq. (Bar. No. 200767)
　　carledge@onellp.com
Imran F. Vakil (Bar No. 248859)
　　ivakil@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

*Attorneys for Plaintiff, Mavrix Photo, Inc. and Mavrix Photographs, LLC.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTO, INC., a Florida corporation, and MAVRIX PHOTOGRAPHS LLC, a California limited liability company.<br><br>　　　Plaintiff,<br><br>v.<br><br>HOT IN HERE, a New Jersey Corporation d/b/a VLADTV.COM; VLADAMIR LYUBOVNY, an individual;  and DOES 1-10 INCLUSIVE,<br><br>　　　Defendants. | Case No.: 8:13-cv-00837-JVS-PLA<br><br>**NOTICE OF SETTLEMENT OF (1) PLAINTIFFS MAVRIX PHOTO, INC. AND MAVRIX PHOTOGRAPHS LLC AND (2) DEFENDANTS HOT IN HERE AND VLADAMIR LYUBOVNY**<br><br>Judge:  Hon. James V. Selna<br>Date Complaint filed: 5/30/2013 |

**NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE** that Plaintiff Mavrix Photo, Inc., Plaintiff Mavrix Photographs LLC, Defendant Hot In Here, Inc. and Defendant Vladamir Lyubovny (collectively the "Settling Parties") hereby give the Court notice that the parties have settled.

On November 12, 2013, the Settling Parties entered into a *confidential* written agreement resolving their dispute. Pursuant to the terms of the settlement, the Settling Parties are required to perform certain acts on or before February 15, 2014 (the "Settlement Acts"). Expressly contingent upon performance of the Settlement Acts, within three (3) days thereafter, the Settling Parties, through their attorneys of record, shall execute and file a Stipulation of Dismissal with prejudice of the Complaint pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: November 13, 2013        **ONE LLP**

By:   /s/ Imran F. Vakil/
         Imran F. Vakil
         *Attorneys for Plaintiffs*

Dated: November 13, 2013        **CAPLAN & ROSS LLP**

By:   /s/ Jonathan J. Ross/
         Jonathan J. Ross
         *Attorneys for Defendants*